ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN ABUKWAIK, ET AL., | CASE NO.  2:25-CV-03691 TLN-CKD |
| Plaintiffs, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

Defendants respectfully request to hold this case in temporary abeyance through April 20, 2026, and Plaintiff does not oppose.  In this case, Plaintiff Yasmin Abukwaik alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating her I-730 application of which her husband, Plaintiff Hussein Abukwaik, is the beneficiary. USCIS scheduled an interview related to Plaintiff's I-730 application for February 18, 2026.  Once the interview is successfully completed, USCIS will require additional time to complete its adjudication.

While USCIS will continue to take steps to progress towards the adjudication of this case, it cannot currently issue a decision on Plaintiff's application and additional processing and vetting may be necessary pursuant to a USCIS policy issued on January 1, 2026.  *See* Policy Memorandum, Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries (PM-602-0194) *available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0194-PendingApplicationsAdditionalHighRiskCountries-20260101.pdf.

STIPULATION AND ORDER FOR TEMPORARY
ABEYANCE

The Director of USCIS issued this policy, which places a hold on all pending benefit applications for aliens listed in Presidential Proclmation (PP) 10998, due to issues concerning national security and public safety.  This hold policy applies to Plaintiff because Plaintiff is a native of Palestine, which is listed as a high risk country in PP 10998.  The hold is intended to provide USCIS time to address vulnerabilities during the adjudication process and to conduct a comprehensive review of all policies, procedures, and guidance to better protect the national security and public safety of the United States.  The hold remains in effect until lifted or modified by the Director of USCIS.  Any requests to lift the hold due to litigation or other extraordinary circumstances must receive approval from the USCIS Director or Deputy Director.  The Policy Memorandum further provides that within 90 days of issuance, USCIS will issue operational guidance.  Thus, additional time is also necessary to determine how, if at all, the Policy Memorandum may affect the processes involved in the adjudication of this case.

*The remainder of this page is intentionally blank.*

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

The parties therefore stipulate that this matter be held in temporary abeyance through April 20, 2026.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated.

Respectfully submitted,

Dated:  February 17, 2026

ERIC GRANT
United States Attorney


/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney


Dated:  February 17, 2026

/s/ GHASSAN SHAMIEH
GHASSAN SHAMIEH
Counsel for Plaintiff


## ORDER

IT IS SO FOUND AND ORDERED this 18th day of February, 2026.


Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE