ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN ABUKWAIK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> USCIS, ET AL., <br><br> Defendants. | CASE NO.  2:25-CV-03691 TLN-CKD <br><br> STIPULATION AND ORDER TO EXTEND TEMPORARY ABEYANCE |

Defendants respectfully request to extend the temporary abeyance of this case through June 19, 2026, and Plaintiff does not oppose.  In this case, Plaintiff Yasmin Abukwaik alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating her I-730 application of which her husband, Plaintiff Hussein Abukwaik, is the beneficiary.  USCIS has now interviewed Plaintiff's husband.  Based on the information the agency has to date, it requires additional time to conduct additional vetting.  Once vetting is complete, the agency intends to seek the requisite supervisory approvals to obtain an exception to the current hold policy[1] so that the

---

[1]  The Director of USCIS issued this policy, which places a hold on all pending benefit applications for aliens listed in Presidential Proclmation (PP) 10998, due to issues concerning national security and public safety.  This hold policy applies to Plaintiff because Plaintiff is a native of Palestine, which is listed as a high risk country in PP 10998.  *See* Policy Memorandum, Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries (PM-602-0194) *available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0194-PendingApplicationsAdditionalHighRiskCountries-20260101.pdf; *see also* https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting

STIPULATION AND ORDER TO EXTEND  TEMPORARY
ABEYANCE

agency can issue a decision.  The agency anticipates that will be able complete these steps within the next 60 days.  If a decision is issued, the parties anticipate that this case will be moot.

The parties therefore stipulate that this matter be held in temporary abeyance through June 19, 2026.  At that time, the parties may request a dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated.

Respectfully submitted,

Dated:  April 17, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  April 17, 2026

/s/ GHASSAN SHAMIEH
GHASSAN SHAMIEH
Counsel for Plaintiff

**ORDER**

IT IS SO FOUND AND ORDERED this 17th  day of April, 2026.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE