ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN ABUKWAIK, ET AL., | CASE NO.  2:25-CV-03691 TLN-CKD |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND TEMPORARY ABEYANCE |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

Defendants respectfully request to extend the temporary abeyance of this case through September 18, 2026, and Plaintiffs do not oppose.  In this case, Plaintiff Yasmin Abukwaik alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating her I-730 application of which her husband, Plaintiff Hussein Abukwaik, is the beneficiary.  USCIS conducted an on February 18, 2026, and has undertaken additional vetting and review of the I-730 application since the previous request to hold this case in abeyance.  As a result of this additional vetting and review, USCIS has determined that additional information and a follow-up interview are necessary next steps towards adjudication.  As such, USCIS has scheduled an interview for August 17, 2026 at 8:30 a.m.  Between now and the interview date, UCSIS will continue to engage in the necessary further vetting.

The parties therefore stipulate that this matter be held in temporary abeyance through September 18, 2026.  At that time, the parties may request a further continuance of the stay of proceedings,

STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY ABEYANCE

dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated or reset.

Respectfully submitted,

Dated:  June 18, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  June 18, 2026

/s/ GHASSAN SHAMIEH
GHASSAN SHAMIEH
Counsel for Plaintiff

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of June, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY ABEYANCE